THE PEOPLE OF THE STATE OF NEW YORK, by ANDREW M. CUOMO, Attorney General of the State of New York, Appellant, v WELLS FARGO INSURANCE SERVICES, INC., et al., Respondents.

Submitted December 6, 2010; decided December 14, 2010

Motion by Council of Insurance Agents and Brokers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

VIRGIL SMITH, Individually and as Parent and Natural Guardian of DEREK SMITH, a Minor, Respondent, v HAZEL E. SHERWOOD et al., Defendants, and CENTRAL NEW YORK REGIONAL TRANSPORTATION AUTHORITY, Also Known as CENTRO, INC., et al., Appellants.

Submitted December 6, 2010; decided December 14, 2010

Motion by New York Public Transit Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.